UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICOLE RENEE CROSBY,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY U. ROBINSON,<br><br>Defendant. | Case No. 1:25-cv-00654-AKB<br><br>**INITIAL REVIEW ORDER BY SCREENING JUDGE** |

Plaintiff Nicole Crosby ("Plaintiff") brings an action against Judge Casey U. Robinson, a magistrate judge in Gooding County. Dkt. 2. She had already done so in two other cases: Case No. 1:24-cv-00472-BLW, *Crosby v. Gooding County Courts, et al.* ("Case No. 24-cv-472"), and Case No. 1:25-cv-00618-AKB, *Crosby v. Robinson*.

Judge Winmill informed Plaintiff of the standard of law to overcome absolute judicial immunity and dismissed the claims against Judge Robinson with prejudice in Case No. 1:24-cv-00472-BLW, Dkt. 12. That case remains open. If Plaintiff has additional facts or claims against Judge Robinson showing that her claims here are not subject to judicial immunity, she must bring them in an amended complaint in Case No. 1:24-cv-00472-BLW. Accordingly, **IT IS ORDERED** that this case is DISMISSED without prejudice to Plaintiff bringing her claims in Case No. 1:24-cv-00472-BLW and the In Forma Pauperis Application (Dkt. 1) is DENIED as MOOT.

DATED: January 22, 2026

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**INITIAL REVIEW ORDER BY SCREENING JUDGE** - 1